

U.S. Department of Justice

*United States Attorney
Eastern District of New York*

*271 Cadman Plaza East-7th Floor
Brooklyn, NY 11201*

March 13, 2024

**By ECF**

The Honorable Robert M. Levy
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201
Fax No. (718) 613-2345

      Re:    <u>Leticia et ano v. United States of America</u>, Case No. 2:22-cv-7527 (NGG) (RML)

Dear Magistrate Judge Levy:

      This Office represents Defendant United States of America in the above-referenced Federal Tort Claims Act action. We write in response to Plaintiffs' letter filed this evening. *See* Dkt. No. 59. This letter was a surprise to the Government, as the parties had previously agreed to submit a joint letter to the Court today, and that was the Government's expectation.

      We intend to respond more fully to Plaintiffs' letter, which contains numerous inaccuracies and improperly attaches as an exhibit an email chain that includes settlement-related discussions. We respectfully request that the Court afford the Government the opportunity to respond before issuing a ruling on the discovery schedule.

      Thank you for the Court's time and attention to this matter.

                                 Respectfully submitted,

                                   BREON PEACE
                                   United States Attorney

              By:    <u>/s/ *Kimberly A. Francis*</u>
                      Kimberly A. Francis
                      Alexandra Megaris
                      Melanie Speight
                      Assistant U.S. Attorneys
                      718-254-6147/6105/7509
                      kimberly.francis@usdoj.gov
                      alexandra.megaris@usdoj.gov
                      melanie.speight@usdoj.gov

cc:    All counsel of record (by ECF)