UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

LETICIA AND YOVANY,

                               Plaintiffs,

  -v.-                                                 Civil Action No. 22-cv-7527
                                                        (Garaufis, J.)
                                                        (Levy, M.J.)

UNITED STATES OF AMERICA,

                               Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

## **<u>NOTICE OF MOTION TO WITHDRAW AS ATTORNEY OF RECORD</u>**

PLEASE TAKE NOTICE that, pursuant to Local Civil Rule 1.4, Melanie Speight, Assistant United States Attorney for the United States Attorney's Office for the Eastern District of New York, respectfully moves to withdraw as counsel for Defendant in the above-captioned action. Assistant United States Attorneys Kimberly Francis and Alexandra Megaris will continue to serve as counsel for Defendant in this matter. Pursuant to Local Civil Rule 1.4, the undersigned respectfully submits the annexed Declaration of Melanie Speight in support of this application. A copy of this motion has been served on counsel for all parties by ECF.

Dated:    Brooklyn, New York
             April 15, 2024

                                                         BREON PEACE
                                                         United States Attorney
                                                         Eastern District of New York
                                                         *Attorney for Defendant United States*
                                                         271-A Cadman Plaza East
                                                         Brooklyn, New York 11201

                                   By:    */s/ Melanie Speight*
                                                         Melanie Speight
                                                         (718) 254-7509
                                                         melanie.speight@usdoj.gov

TO:    Alex Spiro (electronic service via email)
Dennis H. Hranitzky (electronic service via email)
Zane Muller (electronic service via email)
Jessica Hanson (electronic service via email)
Marcela X. Johnson (electronic service via email)
Ming Tanigawa-Lau (electronic service via email)
Sydney Snower (electronic service via email)
Zachary-John Manfredi (electronic service via email)