quinn emanuel trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
**(212) 849-7302**

WRITER'S EMAIL ADDRESS
zanemuller@quinnemanuel.com

April 15, 2024

<u>VIA ECF</u>

Honorable Nicholas Garaufis
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: <u>Leticia et al. v. United States</u>, Case No. 22-cv-7527 (NGG) (RML)

Dear Judge Garaufis:

We represent the Plaintiffs and write to request that this Court set a trial date for the above-captioned action.

As described in the Complaint filed on December 12, 2022 (*see* ECF No. 1), Plaintiffs Leticia and her then-minor son, Yovany, fled Guatemala in 2017 to escape persecution and gang violence.[1] Leticia and Yovany were taken into custody by Customs and Border Protection agents on November 20, 2017. Shortly after they were taken into custody, Leticia and Yovany were separated under the Trump Administration's family separation policy. Leticia and Yovany were reunited on February 13, 2020, after being separated for 818 days (*see* ECF No. 33 at 6 n.1). Since they were reunited, Leticia and Yovany have tenaciously sought redress for the harms inflicted on them by the United States.

On October 7, 2023, this Court denied in part the United States' motion to dismiss and denied the United States' motion to transfer (ECF No. 42). This Court then referred the matter to Magistrate Judge Robert M. Levy to for discovery and mediation (*Id.* at 53). The parties engaged in mediation on March 1, 2024 before Magistrate Judge Levy, but remain exceptionally far apart in their views of a reasonable settlement.

---

[1] Plaintiffs are using pseudonyms to protect their identities (ECF No. 10).

quinn emanuel urquhart & sullivan, llp

ABU DHABI | ATLANTA | AUSTIN | BEIJING | BERLIN | BOSTON | BRUSSELS | CHICAGO | DALLAS | DOHA | HAMBURG | HONG KONG | HOUSTON | LONDON | LOS ANGELES | MANNHEIM | MIAMI | MUNICH | NEUILLY-LA DEFENSE | NEW YORK | PARIS | PERTH | RIYADH | SALT LAKE CITY | SAN FRANCISCO | SEATTLE | SHANGHAI | SILICON VALLEY | STUTTGART | SYDNEY | TOKYO | WASHINGTON, DC | WILMINGTON | ZURICH

On March 18, 2024, following negotiation between the parties, Magistrate Judge Levy entered a discovery schedule setting a fact discovery cutoff of October 18, 2024, and a deadline of April 7, 2025 for any dispositive motions. *See* ECF No. 62.

As described in Plaintiffs' sealed filings, Leticia faces health challenges that may complicate her participation in discovery and trial. *See* ECF No. 33. As such, Plaintiffs request that the Court set a trial date for August 4, 2025, or the earliest date available thereafter.

Respectfully submitted,

*/s/ Zane Muller*

Zane Muller

cc: Counsel of Record via ECF