**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East-7th Floor*
*Brooklyn, NY 11201*

October 10, 2024

**By ECF**
The Honorable Nicholas G. Garaufis
United States District Judge
The Honorable Robert M. Levy
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *Leticia et ano v. United States of America*, No. 1:22-cv-7527 (NGG) (RML)

Dear Judge Garaufis and Magistrate Judge Levy:

This Office represents Defendant United States of America in the above-referenced action brought pursuant to the Federal Tort Claims Act, 28 U.S.C. §§ 1346(b), 2401(b), 2671-80. This Office writes on behalf of all parties to respectfully advise the Court that the parties have reached a conditional settlement, subject to finalizing a written settlement agreement to be followed by approval of the proposed settlement by the Attorney General's designee.

Further, the parties are currently engaged in papering the settlement and jointly respectfully propose that all pretrial deadlines (including the deadlines set forth in the parties' proposed Joint Discovery Plan (ECF No. 79)) be stayed, with joint status reports due every 60 days until the settlement is complete. Thereafter, the parties anticipate filing a fully executed stipulation of dismissal with prejudice. In light of the settlement, so that the parties may finalize the settlement papers while conserving Court and party resources, the parties also jointly respectfully request that the Court adjourn *sine die* all scheduled conferences, including the forthcoming conferences set for October 30, 2024, at 11:00 a.m. and November 20, 2024, at 10:30 a.m.

Thank you for the Court's time and attention to this matter.

Respectfully submitted,

BREON PEACE
United States Attorney

By: /s/ *Kimberly A. Francis*
Kimberly A. Francis
Alexandra Megaris
Omar Siddiqi
Assistant U.S. Attorneys
718-254-6147/6105/6198
kimberly.francis@usdoj.gov
alexandra.megaris@usdoj.gov
omar.siddiqi@usdoj.gov

cc: All counsel of record