**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

271 Cadman Plaza East-7th Floor
Brooklyn, NY 11201

November 20, 2024

**By ECF**

The Honorable Robert M. Levy
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    <u>Leticia et ano v. United States of America</u>, No. 1:22-cv-7527 (NGG) (RML)

Dear Magistrate Judge Levy:

      This Office represents Defendant United States of America in the above-referenced action brought pursuant to the Federal Tort Claims Act, 28 U.S.C. §§ 1346(b), 2401(b), 2671-80. We write on behalf of all parties to respectfully submit a status report pursuant to the Court's October 22, 2024 Order.

      On October 8, 2024, the parties reached a conditional settlement, subject to finalizing a written settlement agreement to be followed by approval of the proposed settlement by the Attorney General's designee. *See* Dkt. No. 83. On November 4, 2024, Plaintiffs and Plaintiffs' counsel signed a written settlement stipulation, which the United States of America will countersign upon approval of the proposed settlement by the Attorney General's designee. Plaintiffs have requested a date certain by which the United States will countersign the agreement. The United States has informed Plaintiffs that it is not able to provide a date at this point.

      Thank you for the Court's time and attention to this matter.

                                       Respectfully submitted,

                                       BREON PEACE
                                       United States Attorney

                By:    <u>/s/ *Kimberly A. Francis*</u>
                            Kimberly A. Francis
                            Alexandra Megaris
                            Omar Siddiqi
                            Assistant U.S. Attorneys
                            718-254-6147/6105/6198
                            kimberly.francis@usdoj.gov
                            alexandra.megaris@usdoj.gov
                            omar.siddiqi@usdoj.gov

cc:      All counsel of record